## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SEAN STEWART,

     Plaintiff,

v.

SUVAD CAUSEVIC and
NC TRUCKING, INC.,

     Defendants.

Civil Action File No.

### NOTICE OF REMOVAL

Defendants SUVAD CAUSEVIC and NC TRUCKING, INC., petition for removal of the action herein referred from the Superior Court of Rockdale County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, and respectfully show the Court the following:

1.

Petitioners are Defendants in a civil action brought against them in the Superior Court of Rockdale County, Georgia, styled Sean Stewart v. Suvad Causevic and NC Trucking, Inc., Civil Action No. 2021-CV-2058, which is now pending in said court.

2.

A copy of all process, pleadings, and orders served in that action, including Defendants' Answers, are attached hereto as Exhibit "A", and made a part hereof. The Summons, Complaint, Certificate of Timeliness, and Answers constitute all pleadings that have been filed in the Superior Court of Rockdale County.

3.

This Notice of Removal is timely filed within (30) days of service upon Defendants as required by 28 U.S.C. § 1446(b)(1).

4.

Rockdale County, Georgia is within the Atlanta Division of the United States District for the Northern District of Georgia.

5.

This Court has original jurisdiction over the aforementioned civil action under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441.  There is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

6.

Plaintiff Sean Stewart is a citizen of the State of Georgia.  (See Complaint).

7.

Plaintiff admits in his Complaint, and as further shown in Mirzet Causevic's affidavit (attached hereto as Exhibit "B"), that Defendant NC Trucking, Inc. is incorporated in the state of Illinois and its principal office is in the state of Illinois.

8.

Plaintiff admits in his Complaint that Defendant Suvad Causevic is a resident of Cook County, Illinois.  Defendant Suvad Causevic asserts in his affidavit (attached hereto as Exhibit "C") that he is domiciled in the State of Illinois and was not a resident or citizen of the State of Georgia at any time relevant to this lawsuit.

9.

Plaintiff seeks damages for his injuries including past, present and future emotional and physician pain and suffering, lost income, as well as medical expenses in the amount of $104,547.88.  Based on Plaintiff's allegations, the matter in controversy, exclusive of interest and costs, exceeds $75,000.00.

10.

Defendants have given written notice of the filing of the Notice of Removal to Plaintiff and to the Clerk of the Superior Court of Rockdale County.  A copy of the Notice of Filing the Notice of Removal is attached hereto as Exhibit "D".

11.

The undersigned have read this Notice of Removal, and to the best of undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and this it is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, Defendants pray that this petition be filed, and that said action be removed to and proceed in this Court, and that no further proceedings be had in said case in the Superior Court of Rockdale County.

This 1st day of September, 2021.

DREW ECKL & FARNHAM, LLP

*s/ Matthew A. Nanninga*
Matthew A. Nanninga
(Georgia Bar No. 159070)

*s/ Robert A. Quinn*
Robert A. Quinn
(Georgia Bar No. 473668)

303 Peachtree Street, NE, Suite 3500
Atlanta, Georgia  30308
(404) 885-1400
nanningam@deflaw.com
quinnr@deflaw.com
*Attorneys for Defendants*

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendants hereby certifies that the forgoing has been prepared

with one of the font and point selections approved by the Court in LR 5.1(C):

Times New Roman (14 point).

This 1st day of September, 2021.

*s/ Matthew A. Nanninga*
Matthew A. Nanninga
(Georgia Bar No. 159070)
*Attorney for Defendants*

DREW ECKL & FARNHAM, LLP
303 Peachtree Street, NE, Suite 3500
Atlanta, Georgia  30308
(404) 885-1400
nanningam@deflaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **Notice of Removal to Federal Court** upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record:

Craig D. Miller
Katie M. Boatwright
The Law Offices of Craig D. Miller, LLC
5447 Roswell Road
Atlanta, Georgia  30342
craig.miller@millerpersonalinjury.com
katie.boatwright@millerpersonalinjury.com

This 1st day of September, 2021.

/s/ Matthew A. Nanninga
Matthew A. Nanninga
(Georgia Bar No. 159070)
*Attorney for Defendants*

DREW ECKL & FARNHAM, LLP
303 Peachtree Street, NE, Suite 3500
Atlanta, Georgia  30308
(404) 885-1400
nanningam@deflaw.com